# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MATTHEW LEE KINARD, : | |
|     Petitioner, : | |
| : | No. 1:18-cv-01912 |
| v. : | |
| : | (Judge Kane) |
| PA STATE ATTORNEY GENERAL, : | |
|     Respondent : | |

## ORDER

**AND NOW**, on this 17th day of January 2019, in accordance with the Memorandum filed contemporaneously with this Order, **IT IS ORDERED THAT**:

1. Matthew Lee Kinard's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. No. 1), is **DISMISSED WITHOUT PREJUDICE**;

2. A certificate of appealability shall not issue in the above-captioned action. See 28 U.S.C. § 2253(c)(2); and

3. The Clerk of Court is directed to **CLOSE** the above-captioned action.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
